DISMISS; Opinion issued August 31, 2012



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00354-CR

**ARTHUR VASQUEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-62372-T**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Bridges and Myers
Opinion By Chief Justice Wright

After a jury found Arthur Vasquez guilty of murder, he entered into an agreement with the State that punishment would be assessed at forty years' imprisonment and appellant would waive his right to appeal. *See Blanco v. State*, 18 S.W.3d 218, 218–20 (Tex. Crim. App. 2000). The trial court sentenced appellant to forty years' imprisonment and certified that appellant waived his right to appeal. *See* TEX. R. APP. P. 25.2(d); *Dears v. State*, 154 S.W.3d 610, 614–15 (Tex. Crim. App. 2005).

Appellant filed a motion for new trial seeking permission to appeal, asserting that his waiver of the right to appeal was involuntary. On appeal, he challenges the trial court's order denying his motion for new trial on the ground his plea was involuntary. Appellant's waiver of his right to

appeal deprives us of jurisdiction to address appellant's complaint. *See Blanco*, 18 S.W.3d at 220;

*see also Cooper v. State* 45 S.W.3d 77, 82–83 (Tex. Crim. App. 2001) (claims regarding

voluntariness of plea may be raised by application for writ of habeas corpus).

We dismiss the appeal for want of jurisdiction.

CAROLYN WRIGHT
CHIEF JUSTICE

Do Not Publish
Tex. R. App. P. 47
120354F.U05

–2–



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ARTHUR VASQUEZ, Appellant

No. 05-12-00354-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the 283rd Judicial District Court of Dallas County, Texas. (Tr.Ct.No. F10-62372-T).
Opinion delivered by Chief Justice Wright, Justices Bridges and Myers participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered August 31, 2012.

_____
CAROLYN WRIGHT
CHIEF JUSTICE